# EXHIBIT 2

INDEX NO. 109307/10   DATE PURCHASED: _____

PLAINTIFF(S): Jessica Tannehill

X

DEFENDANT(S): New York State Nurses Association Pension Plan

X

|  |  |
|---|---|
| IAS entry date |  |
| Judge Assigned | 010681 |
| RJI Date |  |

te issue joined: _____   Bill of particulars served (Y/N):   [ ] Yes   [ ] No

TURE OF JUDICIAL INTERVENTION (check ONE box only AND enter information)

Request for preliminary conference

Note of issue and/or certificate of readiness

Notice of motion (return date: _____)
Relief sought _____

Order to show cause
(clerk enter return date: _____)
Relief sought _____

Other ex parte application (specify: _____)

[ ] Notice of petition (return date: _____)
    Relief sought _____

[ ] Notice of medical or dental malpractice
    action (specify: _____)

[ ] Statement of net worth

[ ] Writ of habeas corpus

[ ] Other (specify: _____)

FEE PAID
JUL 14 2010
NEW YORK
COUNTY CLERK'S OFFICE

RE OF ACTION OR PROCEEDING (Check ONE box only)

IMONIAL
Contested                    -CM
Uncontested                  -UM

ERCIAL
Contract                     -CONT
Corporate                    -CORP
Insurance (where insurer is a
party, except arbitration)   -INS
UCC (including sales, negotiable
instruments)                 -UCC
Other Commercial             -OC

PROPERTY
ax Certiorari                -TAX
oreclosure                   -FOR
ondemnation                  -COND
andlord/Tenant               -LT
Other Real Property          -ORP

MATTERS  Contract            -OTH

sterisk used, please specify.

TORTS
Malpractice
[ ] Medical/Podiatric        -MM
[ ] Dental                   -DM
[ ] *Other Professional      -OPM

[ ] Motor Vehicle            -MV
[ ] *Products Liability      -PL

[ ] Environmental            -EN
[ ] Asbestos                 -ASB
[ ] Breast Implant           -BI
[ ] *Other Negligence        -OTN

[ ] *Other Tort (including
    intentional)             -OT

SPECIAL PROCEEDINGS
[ ] Art. 75 (Arbitration)    -ART75
[ ] Art. 77 (Trusts)         -ART77
[ ] Art. 78                  -ART78
[ ] Election Law             -ELEC
[ ] Guardianship (MHL Art. 81) -GUARD81
[ ] *Other Mental Hygiene    -MHYG

[ ] *Other Special Proceeding -OSP

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| [ ] | [ ] | Municipality:<br>(Specify_____) | [ ] | [ ] | Public Authority:<br>(Specify_____) |

YES NO
[ ] [ ] Does this action/proceeding seek equitable relief?
[ ] [ ] Does this action/proceeding seek recovery for personal injury?
[ ] [ ] Does this action/proceeding seek recovery for property damage?

<u>Pre-Note Time Frames:</u>
(This applies to all cases except contested matrimonial and tax certiorari cases)

Estimated time period for case to be ready for trial (from filing of RJI to filing of Note of Issue

☐ Expedited: 0-8 months     ☐ Standard: 9-12 months     ☐ Complex: 13-15 months

<u>Contested Matrimonial Cases Only:</u> (Check and give date)

Has summons been served?            ☐ No     ☐ Yes, Date_____

Was a Notice of No Necessity filed? ☐ No     ☐ Yes, Date_____

ATTORNEY(S) FOR PLAINTIFF(S):

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
| ☐ | Jessica Tannichill | 1609 Walden St.<br>Teaneck NJ 07666 | 201-659-2937 |

ATTORNEY(S) FOR DEFENDANT(S):

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
| ☐ | New York State Nurses' Association Pension Plan | P.O. Box 12430<br>Albany, NY 12212 | (518)-869-9501 |

*Self Represented: parties representing themselves, without an attorney, should check the "Self Rep." box and enter their name, address, and phone # in the space provided above for attorneys.

<u>INSURANCE CARRIERS:</u>

<u>RELATED CASES:</u> (IF NONE, write "NONE" below)

| Title | Index # | Court | Nature of Relationship |
|---|---|---|---|
| None | | | |

I AFFIRM UNDER PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated: _____

_____
(SIGNATURE)

Jessica Tannichill
(PRINT OR TYPE NAME)

Pro Se
ATTORNEY FOR

ATTACH RIDER SHEET IF NECESSARY TO PROVIDE REQUIRED INFORMATION

\forms\rji2000.wpd

PRESENT Hon._____ Justice

At the ~~Executive~~ Supreme Court of ~~New~~ York held ~~at~~ ~~New York~~ ~~on the~~ 21st ~~day of~~ JULY 2010

HON. CAROL EDMEAD

-------------------------------------X

Jessica Tanniehill
                            Plaintiff(s)

against

The New York State Nurses Association Pension Plan.
                            Defendant(s)

-------------------------------------X

Index No. 109307/10

ORDER Amending Title of Action And Authorizing Service of Supplemental Summons and Amended Complaint

Upon the annexed ~~statement~~ AFFIDAVIT of Jessica Tanniehill, ~~dated~~ SWORN TO ON 7/20/10 ~~day of ____~~, and it appearing to the satisfaction of this court that there are no parties entitled to notice of this application and that the plaintiff in this ~~mortgage foreclosure~~ action be granted the relief requested for the reasons set forth in the aforesaid ~~statement~~ AFFIDAVIT.

NOW, upon application of Jessica Tanniehill, ~~attorney~~ for plaintiff(s) Pro Se

IT IS ORDERED that the caption of the within action in the same is hereby amended to read as follows: Jessica Tanniehill AS ADMINISTRATOR OF THE ESTATE OF CURTIS Lee TANNIEHILL
AGAINST
THE NEW YORK STATE NURSES ASSOCIATION PENSION PLAN

IT IS FURTHER ORDERED, that the plaintiff is authorized to issue and serve the amended ~~and supplemental~~ summons and amended complaint ~~in the form attached to this~~

FILED

JUL 21 2010

NEW YORK COUNTY CLERK'S OFFICE

~~application~~, and

**IT IS FURTHER ORDERED**, that the Clerk of the County of New York be in the same as hereby directed to note the aforesaid on his records and to note the change of caption and parties to this action ~~on the notices of pendency filed herein on the~~ 20 ~~day of~~ JULY, 2010 ~~with respect to the lots and Blocks as set forth in the statement of counsel herein above referred to.~~

ENTER:

_____

J.S.C.

**HON. CAROL EDMEAD**

**FILED**

JUL 2 1 2010

NEW YORK
COUNTY CLERK'S OFFICE

INDEX NUMBER 109307/10

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Jessica Tonnieriu

Plaintiff / Petitioner

- against -

New York State Nurses Association Pension Plan

Defendant/ Respondent,

To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers and the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22NYCRR).

Sign Name: _____

Print Name: Jessica Tonnieriu

Address: 1009 Walden St.
Teaneck NJ 07666

Telephone 201-654-2937

FILED
JUL 21 2010
NEW YORK
COUNTY CLERK'S OFFICE

****************NOTICE OF ENTRY****************

Sir/Madam:

Please take notice that the within is a (certified) true copy of a _____ duly entered in the office of the clerk of the within named court on the ____ day of _____, 200__

Dated:
Attorney for: _____

Yours, etc.
_____
Petitioner / Respondent
Office and Post Office Address

To:
Attorney(s) for _____

****************NOTICE OF SETTLEMENT****************

Sir/Madam:

Please take notice that an _____ of which the within is a true copy will be presented for settlement to the Hon. _____, one of the Justices of the within named court at _____, 200__ at ____ AM/PM on

Dated: _____, 200__

Yours, etc
_____
Petitioner

To:
Attorney(s) for _____

Service of a copy of the within is hereby admitted

Dated: _____, 200__
Attorney for _____

16109307

SUPREME COURT OF THE STATE OF NEW YORK,
COUNTY OF NEW YORK
------------------------------------------------------------X
                                            :
JESSICA D. TANNIEHILL,                      :    SUMMONS
                                            :
                        Plaintiff,          :    Index No.
                                            :
NEW YORK STATE NURSES ASSOCIATION           :    Date Index Number purchased
PENSION PLAN,                               :    _____, 2010.
                                            :
                        Defendant(s).       :    **FILED**
------------------------------------------------------------X
                                                 JUL 14 2010
To:    New York State Nurses Association Pension Plan
       P.O. Box 12430                            COUNTY CLERK'S OFFICE
       Albany, NY 12212-2430                            NEW YORK
       (518) 869-9501        (518) 456-3954 (fax)

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the

Complaint of the Plaintiff(s) herein and to serve a copy of your Answer on the Plaintiff at the

address indicated below within 20 days after service of this Summons (not counting the day of

service itself), or within 30 days after service is complete if the Summons is not delivered

personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be

entered against you by default for the relief demanded in the Complaint.

Dated: July 14, 2010                    _____
                                        JESSICA TANNIEHILL, Pro Se
                                        Plaintiff/Administrator of the deceased Curtis Lee Tanniehill
                                        1609 Walden Street
                                        Teaneck, New Jersey 07666
                                        (201) 654-2937 or (201) 833-5936

Defendant(s)   New York State Nurses Association Pension Plan
               P.O. Box 12430
               Albany, NY 12212-2430
               (518) 869-9501        (518) 456-3954 (fax)

Venue: Plaintiff(s) designate(s) New York County as the place of trial. The basis of this
designation is: **[check box that applies]**
☐ Plaintiff(s) residence in New York County
☐ Defendant(s) residence in New York County
☐ Other [See CPLR Article 5]: _____

SUPREME COURT OF THE STATE OF NEW YORK,
COUNTY OF NEW YORK

16109307

-----------------------------------------------------------------X

JESSICA D. TANNIEHILL,    COMPLAINT

         Plaintiff,    Index No.

NEW YORK STATE NURSES ASSOCIATION
PENSION PLAN,

         Defendant(s).

-----------------------------------------------------------------X

FILED
JUL 14 2010
COUNTY CLERK'S OFFICE
NEW YORK

STATE OF NEW YORK )
         ss:
COUNTY OF NEW YORK )

  The Complaint of the Plaintiff Jessica D. Tanniehill, respectfully shows and alleges as follows:

  1. The Plaintiff herein, Jessica D. Tanniehill (Administrator of the deceased Curtis Lee Tanniehill), residing at 1609 Walden Street, Teaneck, New Jersey, 07666). I am asking the Court for any and all copies of Mr. Tanniehill's Plan (New York State Nurses Association Pension Plan, P.O. Box 12430, Albany, New York, 12212-2430), from the pension from the day he started; earnings under the Pension Plan to Mr. Tanniehill passing 2008. All documents, guidelines and other materials give to Mr. Tanniehill.

  2. I asked for the information July 2, 2009 in writing and never received it. I then called and was told by Donna B. Billadeau, the Pension Department Supervisor, that I wasn't going to get this information. My case was closed. The New York State Nurses Association Pension Plan Summary Description says I have a right to know. All materials give to Mr. Tanniehill. As Mr. Tanniehills' sister and the Substitutionary Administrator of his Estate, I have the right to know what happened to his pension, the New York State Nurses Association Pension Plan. If he didn't leave anyone, show me. I need all materials dated and signed by Mr. Curtis L. Tanniehill refused by these materials. I have attached hereto copies of all written requests made

by me for this documentation together with responses received as Exhibits "A" through "F", together with an index of same.

    3.    A prior application has not been made for the relief now requested.

WHEREFORE, Plaintiff demands judgment against Defendant for the above mentioned matter and pension in the amount of $250,000.00 and production of requested documentation.

Dated:    July 14, 2010

                                    JESSICA D. TANNIEHILL, Pro Se
                                    Plaintiff/Administrator of the Estate of
                                    Curtis L. Tanniehill
                                    1609 Walden Street
                                    Teaneck, New Jersey  07666
                                    (201) 654-2937 or (201) 833-5936

Sworn to before me this 14
day of July, 2010

_____
      Notary Public

                                    RICHARD B. MINOR
                                  Notary Public, State of New York
                                    Reg. No. 04MI6147382
                                    Qualified in New York County
                                    Commission Expires June 15, 2014

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Jessica D. Tannehill

Plaintiff / Petitioner

- against -

New York State Nurses Association Pension Plan

Defendant/ Respondent,

To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers and the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22NYCRR).

Sign Name: _Jessica D. Tannehill_

Print Name: Jessica D. Tannehill

Address: 1609 Walden St
Teaneck NJ 07666

Telephone 201 654-3939

Service of a copy of the within is hereby admitted

Dated: _____, 200___

Attorney for _____

---

**NOTICE OF ENTRY**

Sir/Madam:
Please take notice that the within is a (certified) true copy of a _____ duly entered in the office of the clerk of the within named court on the _____ day of _____, 200___

Dated:
Attorney for:

Yours, etc.
Petitioner /
Respondent
Office and Post
Office Address

To:
Attorney(s) for _____

**NOTICE OF SETTLEMENT**

Sir/Madam:
Please take notice that an _____ of which the within is a true copy will be presented for settlement to the Hon. _____, one of the Justices of the within named court at _____, 200___ at _____ AM/PM on

Dated: _____, 200___
Yours, etc
Petitioner

To:
Attorney(s) for _____